**DISMISS and Opinion Filed February 23, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00174-CV

## IN THE INTEREST OF A.B.P., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-17269**

## MEMORANDUM OPINION
Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 8, 2023. By postcard dated January 12, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220174F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.B.P., A CHILD

No. 05-22-00174-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-16-17269. Opinion delivered by Justice Reichek. Justices Nowell and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 23, 2023